**DENY and Opinion Filed July 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00574-CV**

**IN RE MICHAEL LONG, Relator**

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-53803-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In this petition for writ of mandamus, relator challenges the trial judge's temporary orders in the underlying suit against the parent-child relationship (SAPCR) and the order denying relator's motion to recuse the trial judge from the modification proceeding.

Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and record, we conclude that relator has failed to show an abuse of discretion. Accordingly, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We deny relator's motion for emergency relief as moot.

/Craig Smith/
CRAIG SMITH
JUSTICE

210574F.P05